UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

B<small>ENNY</small> B<small>ERNARD</small> B<small>ELL</small>,

      Plaintiff,
v.

C<small>OMMISSIONER OF</small> S<small>OCIAL</small> S<small>ECURITY</small>,

      Defendant.
_____/

Case No. 11-12570

SENIOR U.S. DISTRICT JUDGE
ARTHUR J. TARNOW

MAGISTRATE JUDGE
MARK A. RANDON

### ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION [12] AND GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT [11] AND DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT [8]

On June 11, 2012, Magistrate Judge Randon issued a Report and Recommendation [12] that Defendant Commissioner of Social Security's Motion for Summary Judgment [11] be GRANTED and Plaintiff's Motion for Summary Judgment [8] be DENIED.

No objection to the Report and Recommendation was filed. The Court has reviewed the record in this case.

The Report and Recommendation of the Magistrate Judge is hereby **ADOPTED** and is entered as the findings and conclusions of the Court.

Accordingly,

**IT IS ORDERED** that Defendant's Motion for Summary Judgment is **GRANTED**. Plaintiff's Motion for Summary Judgment is **DENIED**.

**SO ORDERED**.

          s/Arthur J. Tarnow
          ARTHUR J. TARNOW
          SENIOR UNITED STATES DISTRICT JUDGE

Dated: September 7, 2012